IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:17cr317-MHT |
| | ) | (WO) |
| JOHN STEVEN GRIFFIN | ) | |

OPINION AND ORDER

With the agreement of the government, defendant John Steven Griffin, and probation, made in open court on November 17, 2017, and because defendant Griffin has a severe drug addiction, it is ORDERED as follows:

(1) The hearing on the amended revocation petition (doc. no. 20) is continued to May 18, 2018, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) In the meantime, defendant John Steven Griffin is to participate in long-term substance-abuse and mental-health treatment at the Fellowship House in Birmingham, Alabama.

(3) Upon notification from the United States Probation Office, the United States Marshal is to release defendant Griffin to the custody of the Federal Defenders Office for the Middle District of Alabama. The Federal Defenders Office will then transport defendant Griffin to the Fellowship House for inpatient treatment.

(4) Probation is to notify the court if defendant Griffin fails to complete treatment successfully at the Fellowship House.

(5) If defendant Griffin can successfully complete treatment at the Fellowship House and if he can thereafter demonstrate that his drug addiction is under control, the court will reconsider whether the amended revocation petition (doc. no. 20) should be pursued.

DONE, this the 21st day of November, 2017.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**